UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. MENDOZA, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00962-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' *EX PARTE NUNC PRO TUNC* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 25) |

Plaintiff Salvador Venegas ("Plaintiff") is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Defendants' *ex parte* application for a *nunc pro tunc* extension of time to respond to Plaintiff's complaint. (ECF No. 25.)

Defendants seek to extend their response deadline from November 29, 2021 to 30 days after the date of a settlement conference. (*Id.*) Defendants intend to participate in the early settlement conference process and believe that it may result in a resolution of the matter. (*Id.*) Additionally, Defendants' counsel was recently assigned to the case and needs additional time to familiarize himself with the relevant case materials. (*Id.*)

///

///

1

Having considered the application, the Court will grant Defendants' request. Defendants' counsel is reminded to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference. (*See* ECF No. 23.)

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' *ex parte* application (ECF No. 25) for a *nunc pro tunc* extension of time to respond to the complaint is GRANTED; and
2. If the case is not resolved in full at an early settlement conference, Defendants shall file their responsive pleading within 30 days of the settlement conference.

IT IS SO ORDERED.

Dated: **December 13, 2021**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE