1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

SALVADOR VENEGAS,

Case No.  1:21-cv-00962-DAD-EPG (PC)

12

Plaintiff,

13

v.

ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

14

E. MENDOZA, et al.,

15

Defendants.

(ECF No. 37)

16

17

18

Plaintiff Salvador Venegas ("Plaintiff") is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Defendants' *ex parte* application for an extension of time to respond to Plaintiff's complaint. (ECF No. 37.) This is Defendants' second request for an extension of the responsive pleading deadline.

19

20

21

22

Defendants seek to extend their response deadline from April 30, 2022 to May 11, 2022. (ECF No. 37.) Defendants' counsel submits a declaration stating that he has been waiting for certain documents related to Plaintiff's allegations of unsanitary prison conditions, which he expects to receive the week of April 11, 2022. (*Id.* at 5.) Additionally, Defendants' counsel was called up for military service as a United States Army Reserve Officer and also sustained a serious physical injury, both of which impacted his ability to sufficiently investigate this matter and prepare an answer. (*Id.* at 5-6.)

23

24

25

26

27

28

1

1    Having considered the application, the Court will grant Defendants' request. However, no

2    further extensions of the responsive pleading deadline will be granted absent good cause, which

3    will be narrowly construed.[1]

4    Accordingly, IT IS HEREBY ORDERED that Defendants' *ex parte* application for an

5    extension (ECF No. 37) is GRANTED and Defendants shall file their responsive pleading by

6    May 11, 2022.

7

8    IT IS SO ORDERED.

9    Dated:   **April 8, 2022**                      /s/ *Erica P. Grosjean*

10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

[1] The Court notes that Defendants have not requested an extension of the deadline to submit their statement regarding scheduling and discovery, which is currently due April 14, 2022. (*See* ECF No. 35.)

2