| | |
|---|---|
| SALVADOR VENEGAS,<br><br>Plaintiff,<br><br>v.<br><br>E. MENDOZA, et al.,<br><br>Defendants. | Case No. 1:21-cv-00962-DAD-EPG (PC)<br><br>ORDER REGARDING SUBSTITUTION OF NAMED DEFENDANTS IN PLACE OF DOE DEFENDANT |

Salvador Venegas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case proceeds on the following claims: Eighth Amendment excessive force against Defendants Mendoza, Grimsley, Cornejo, Navarro, Layshot, and Mattingly; First Amendment retaliation against Defendants Mendoza, Grimsley, Cornejo, Navarro, and John Doe 1; Fourteenth Amendment procedural due process against Defendant John Doe 2; Eighth Amendment deliberate indifference to serious medical needs against Defendant Cahapisan; Eighth Amendment conditions of confinement against Defendant Muñoz; and First Amendment access to mail against Defendants Mendoza, Grimsley, Cornejo, and Navarro. (ECF Nos. 10-11, 14, 19.)

As this case proceeds against two Doe defendants, the Court will allow Plaintiff to subpoena documents from Wasco State Prison that may allow him to identify John Doe 1 and

1

John Doe 2. If Plaintiff is able to identify the Doe defendants, he should file a motion to substitute the named individuals in place of John Doe 1 and John Doe 2 no later than 120 days from the date of service of this order. If Plaintiff fails to identify John Doe 1 and John Doe 2, they will be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285;
2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285;
3. Plaintiff has 120 days from the date of service of this order to file a motion to substitute named defendants in place of John Doe 1 and John Doe 2; and
4. <u>Failure to comply with this order may result in the dismissal of John Doe 1, John Doe 2, and/or this case.</u>

IT IS SO ORDERED.

Dated:   **May 27, 2022**                          /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

2