# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MENDOZA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:21-cv-00962-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM COURT REPORTER PHYSICAL PRESENCE REQUIREMENT UNDER FED. RULE CIV. P. 28<br><br>(ECF No. 63) |

　　　On October 18, 2022, Defendants filed a motion for relief from court reporter physical presence requirement under Federal Rule of Civil Procedure 28. (ECF No. 63).

　　　The Court finds that Defendants have made the appropriate showing. Accordingly, IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The court reporter is not required to be in the same physical location as Plaintiff during his deposition.

IT IS SO ORDERED.

　　Dated: __**October 25, 2022**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1