UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENDOZA, *et al.*,<br><br>　　　　Defendants. | Case No.  1:21-cv-00962-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 71). |

　　　　On February 24, 2023, Defendants filed a motion to modify the scheduling order. (ECF No. 71). Defendants request that "the Court modify the Scheduling Order (ECF No. 46) with respect to the March 2, 2023 dispositive motion deadline by extending this deadline sixty days to May 1, 2023." (*Id.* at 3). According to the motion, good cause exists to modify the existing scheduling order because "[t]his case involves multiple Defendants and issues to be addressed, and, despite the diligence of Defendants in litigating this matter, the schedule of defense counsel does not permit a dispositive motion to be filed by the existing deadline." (*Id.*) Further, Defendants' counsel "could not easily [contact Plaintiff] under shortened time regarding his position on this request." (*Id.*at 1-2).

　　　　Based on the foregoing, the Court will grant Defendants' motion (ECF No. 71). Accordingly, IT IS ORDERED that:

　　　　1. The deadline for Defendants to file a dispositive motion is extended to May 1, 2023.

1

All other deadlines in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: **February 28, 2023**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2