UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br><br>Plaintiff,<br><br>v.<br><br>E. MENDOZA, et al.,<br><br>Defendants. | Case No. 1:21-cv-00962-NODJ-EPG (PC)<br><br>ORDER FOR PARTIES TO FILE STATEMENTS REGARDING FURTHER SCHEDULING<br><br>(ECF Nos. 79, 81, 84). |

Plaintiff Salvador Venegas is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case proceeds on the following claims as to Defendant Navarro: Eighth Amendment excessive force; First Amendment retaliation; and First Amendment access to mail.

While this case has been pending for some time, Defendant Navarro only recently appeared and filed an answer, and the Court has given Defendant Navarro the opportunity to request to extend the discovery and dispositive motion deadlines. (ECF No. 76, p. 2; *see* ECF No. 94).

To ensure that this case properly progresses as to Plaintiff's claims against Defendant Navarro, IT IS ORDERED as follows:

1. By no later than March 22, 2024, Plaintiff and Defendant Navarro shall each file a separate statement as to what discovery they intend to take specifically relating to the pending Eighth Amendment excessive force, First Amendment retaliation, and First Amendment access to mail claims against Defendant Navarro.

1

2. Further, the parties shall include in the statement a proposed schedule for discovery and dispositive motion deadlines.

IT IS SO ORDERED.

Dated:  **February 23, 2024**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE