UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR VENEGAS,<br>Plaintiff,<br>v.<br>E. MENDOZA, et al.,<br>Defendants. | Case No. 1:21-cv-00962-KES-EPG<br>ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS<br>(Docs. 111, 114). |

Plaintiff Salvador Venegas is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2025, the assigned magistrate judge entered findings and recommendations, recommending that defendant Navarro's motion for partial summary judgment be granted in part and denied in part. Doc. 114. Defendant Navarro filed timely objections. Doc. 115. Plaintiff did not file objections and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1) and Local Rule 304, this Court has conducted a de novo review of this case. The findings and recommendations correctly reasoned that summary judgment was appropriate on the First Amendment retaliation claim to the extent that it was based

on actions other than interference with mail based on plaintiff's failure to exhaust administrative remedies. Doc. 114.

Defendants object to the recommendation that plaintiff's retaliation claim proceed regarding alleged interference with plaintiff's mail and J-Pay funds. Doc. 115 at 1. Defendants have presented unrebutted evidence that IGI investigators are not involved in reviewing or opening inmate mail and that defendant Navarro did not instruct anyone to interfere with plaintiff's mail or J-Pay. Doc. 114 at 14. Navarro also submitted unrebutted evidence that he did not interfere with plaintiff's mail or J-Pay. Although there is a disputed fact as to whether Navarro threatened plaintiff, there is no evidence that creates a disputed material fact regarding whether Navarro actually interfered with plaintiff's mail or J-Pay. As such, summary judgment is also appropriate on the First Amendment retaliation claim based on Navarro's alleged interference with plaintiff's mail and J-Pay.

Accordingly:

1. The findings and recommendations issued on August 6, 2025, Doc. 114, are adopted in part.
2. Defendant Navarro's motion for partial summary judgment, Doc. 111, is granted.
3. This case proceeds against defendant Navarro only on the claim of excessive force in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated: September 28, 2026

UNITED STATES DISTRICT JUDGE